In the Matter of the Petition of ELIZABETH G. CIANCIMINO, Appellant, to Vacate and Set Aside Certain Elections of Trustees.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 5, 1891, which dismissed an appeal by the petitioner from an order of Special Term, denying an application to set aside a corporate election, and from an order of Special Term disapproving an undertaking on appeal and from an order of said General Term, made December 2, 1890, referring to a justice of the Supreme Court the question as to what papers it was necessary to print on appeal.

*John Jay McKelvey* for appellant.

*Henry H. Man* for respondents.

Agree to affirm ; no opinion.
All concur, except MAYNARD, J., taking no part.
Order affirmed.